DATE: 1-22-10   CASE NUMBER: 1:09cv467   START: 11:00
JUDGE: Lee   REPORTER: R. Wilson   END: 1:05

TIME IN COURT: _____

**PARTIES**
Prezio Corporation
vs.
Free-Flow Packaging International, Inc.

**ATTORNEYS**
Tommy Beaudreau / James Dabney / Mr. Woods
Bradley Wright / Robert Arthur / Joseph Potenza / Christopher Roth

THIS MATTER CAME ON FOR HEARING ON: Motions hearing held.

Mot. to strike jury demand – heard, findings stated, and denied.

Δ's omnibus motion in limine (17 motions) – heard, findings stated, and:

- #1  granted / ea. side may also prepare & exchange demonstrative
- #2  granted
- #3  granted as to laches / defenses not prev. disclosed
- #4  granted
- 5   denied
- 6   granted
- 7   denied as to Mr. Wetch but w/out prejudice to others @ trial
- 8   denied w/out prejudice as to obj. @ trial time
- 9   granted
- 10
- 11  granted under 402 + 403
- 12  granted, to extent stated
- 13 }
- 14 }  granted
- 15 }
- 16 }  granted
- 17 }

Petff's Motion #1 – heard, findings stated, and granted
  #2
  #3