*Pregis Corp. v Flow Packaging Int'l*

FILED
IN OPEN COURT

MAR 18 2010

1 09 CV467

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

We, the members of the jury for this case, find unanimously as follows:

## QUESTION 1: INFRINGEMENT

Has FPI proved by a preponderance of the evidence that Pregis infringes one or more of the asserted claims of the FPI Patents in Suit?  Check "YES" or "NO" for each claim.

A.      **Is the Fuss '377 Patent Literally Infringed?**

| | | | |
|---|---|---|---|
| Claim 1 | YES _____ | NO | X |
| Claim 3 | YES _____ | NO | X |
| Claim 4 | YES _____ | NO | X |

B.      **Is the Fuss '904 Patent Literally Infringed?**

| | | | |
|---|---|---|---|
| Claim 4 | YES _____ | NO | X |
| Claim 6 | YES _____ | NO | X |
| Claim 7 | YES _____ | NO | X |
| Claim 10 | YES X | NO _____ | |

C.      **Is the Perkins '837 Patent Literally Infringed?**

| | | | |
|---|---|---|---|
| Claim 1 | YES _____ | NO | X |
| Claim 2 | YES _____ | NO | X |
| Claim 3 | YES _____ | NO | X |
| Claim 5 | YES _____ | NO | X |

REDACTED

3/18/10

Claim 6      YES _____     NO ___X___

Claim 7      YES _____     NO ___X___

Claim 8      YES _____     NO ___X___

Claim 9      YES _____     NO ___X___

Claim 10     YES _____     NO ___X___

Claim 11     YES _____     NO ___X___

Claim 12     YES _____     NO ___X___

Claim 13     YES _____     NO ___X___

Claim 14     YES _____     NO ___X___

**D.     Is the Perkins '397 Patent Literally Infringed?**

Claim 1      YES _____     NO ___X___

Claim 2      YES _____     NO ___X___

Claim 4      YES _____     NO ___X___

If you find that any claim of the Perkins '397 Patent is not literally

infringed, is the claim infringed under the doctrine of equivalents?

Claim 1      YES _____     NO ___X___

Claim 2      YES _____     NO ___X___

Claim 4      YES _____     NO ___X___

REDACTED

3/18/10

2

## QUESTION 2: WILLFUL INFRINGEMENT

If you answered "Yes" to any part of Question 1 and found that Pregis infringed one or more claims of the FPI Patents in Suit, has FPI proved by clear and convincing evidence that Pregis's infringement was willful?  Please check "YES" or "NO."

YES _____          NO ___X___

a)  Do you find that the Pregis AirSpeed 5000 machine copied the design of the FPI's EZ I machine?

YES _____          NO ___X___

REDACTED

3/18/10

3

## QUESTION 3: INVALIDITY

Has Pregis proved by clear and convincing evidence that any claim of the FPI

Patents in Suit is invalid?  Please check "YES" or "NO."

A. **Is the Fuss '377 Patent Invalid for Obviousness?**

Claim 1      YES    X      NO _____

_____

Claim 3      YES    X      NO _____

_____

Claim 4      YES    X      NO _____

_____

B. **Is the Fuss '904 Patent Invalid for Obviousness?**

Claim 4      YES    X      NO _____

_____

Claim 6      YES    X      NO _____

_____

Claim 7      YES    X      NO _____

_____

Claim 10     YES    X      NO _____

REDACTED

_____

4

3/18/10

C.   **Is the Perkins '837 Patent Invalid for Obviousness?**

Claim 1          YES   X               NO   _____

_____

Claim 2          YES   X               NO   _____

_____

Claim 3          YES   X               NO   _____

_____

Claim 5          YES   X               NO   _____

_____

Claim 6          YES   X               NO   _____

_____

Claim 7          YES   X               NO   _____

_____

Claim 8          YES   X               NO   _____

_____

Claim 9          YES   X               NO   _____

_____

Claim 10         YES   X               NO   _____

_____

Claim 11 ·       YES   X               NO   _____          REDACTED

_____

3/18/10

Claim 12       YES    X          NO    _____

_____

Claim 13       YES    X          NO    _____

_____

Claim 14       YES    X          NO    _____

_____

D.       **Is the Perkins '397 Patent Invalid for Obviousness?**

Claim 1        YES    _____       NO    X

_____

Claim 2        YES    _____       NO    X

_____

Claim 4        YES    _____       NO    X

_____

REDACTED

3/18/10

6

## QUESTION 4: DAMAGES FOR INFRINGEMENT

If you find that Pregis has infringed one or more valid claims of the FPI Patents in Suit, please state the dollar amount that should be awarded to FPI to compensate FPI for Pregis's infringement?

$ _NOT/APPICABLE_
0 /ZERO

REDACTED

Date: 3/18/10

_____
Jury Foreperson

REDACTED